UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

STEVEN STOLL, et al.,

    Defendant.
_____/

### ORDER RE: STOLL'S THIRD MOTION IN LIMINE

**THIS CAUSE** is before the Court on Defendant Steven Stoll's Third Motion in Limine [DE 609]. The Government has not filed a response and the time for doing so has elapsed.

Mr. Stoll asks this Court "to prohibit any party from making any direct or indirect reference or suggestion that the ownership and/or control of any properties in this case was 'fraudulently obtained.'" The Court, in its Order on October 6, 2010, struck from the Indictment as prejudicial surplusage that "the defendants fraudulently obtained ownership and control of these properties." The mortgage loans, however, were alleged to have been procured by fraudulent representations. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant Steven Stoll's Third Motion in Limine is hereby **GRANTED,** and all parties are prohibited from referring or suggesting that the ownership and/or control of any properties in this case was fraudulently obtained.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 10th day of January, 2011.

                                                    JAMES I. COHN
                                                    United States District Judge

Copies provided to:
Counsel of record