UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN STOLL, et al.

    Defendants.
_____/

### DEFENDANT STEVEN STOLL'S MOTION IN LIMINE
### TO EXCLUDE TESTIMONY BASED ON UNDUE SPECULATION

Defendant, Steven Stoll, through undersigned counsel, hereby moves in limine to exclude at trial testimony based on undue speculation about what a witness opines he or she might have done. In support, Mr. Stoll states as follows.

### I. SPECULATIVE TESTIMONY IS IMPROPER

It is well-settled that lay witnesses may not speculate in their answers to questions and that their testimony must be grounded in observation or other first hand knowledge; their opinions must not be flights of fancy, speculations, hunches, intuitions, or rumors about matters remote from that experience. See Visser v. Packer Engineering Associates, Inc., 924 F.2d 655, 659 (7th Cir. 1991); Doctor's Hospital of Jefferson, Inc. v. Southeast Medical Alliance, Inc., 878 F. Supp. 884, 887 (E.D. La. 1995). Unlike expert witnesses, lay witnesses may not opine in response to hypothetical questions. See Asplundh Mfg. Div. v. Benton Harbor Engineering, 57 F.3d 1190, 1201 (3d Cir. 1995).

In <u>Wilson v. Bradlees of New England, Inc.</u>, 250 F.3d 10, 15 (1st Cir. 2001), a products liability action against a sweatshirt manufacturer whose sweatshirt caught on fire, the First Circuit noted that the trial court properly excluded the testimony of the plaintiff under Rule 701 as speculative and not based on her contemporaneous perceptions.  Her testimony, concerning what she would have done had the sweatshirt contained a warning label, was held to be improper.  <u>See</u> <u>id.</u> <u>See also</u> <u>Washington v. Department of Transportation</u>, 8 F.3d 296, 299-300 (5th Cir. 1993).

## II.     **CONCLUSION**

In this case, it is one thing for the Government to ask witnesses what they did.  It is entirely different, and we submit improper, for the Government to seek to elicit testimony about what witnesses <u>might</u> have done on facts different that what the witnesses knew.  Accordingly, we urge this Court to preclude the government from offering testimony based on undue speculation.

### **RULE 88.9 CERTIFICATE**

Undersigned counsel understands from Government Counsel, AUSA Laurie Rucoba, that the Government opposes the instant motion.

Respectfully submitted,

s/ Michael S. Pasano
Florida Bar No. 0475947
CARLTON FIELDS
100 S.E. 2nd Street
4200 Miami Tower
Miami, Florida 33131-2114
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mpasano@carltonfields.com

Case No. 10-60194-CR-COHN/SELTZER

Robert Nicholson, Esq.
NICHOLSON LAW GROUP PA
200 South Andrews Avenue, Suite 100
Ft. Lauderdale, FL  33301
Telephone: (954) 351-7474 Ext. 218
Facsimile: (954) 351-7475
E-mail:  rnicholson@nicholsonolawgroup.com

Bruce Zimet, Esq.
1 Financial Plaza, Suite 2612
Ft. Lauderdale, Florida  33394
Telephone: (954) 764-7081
Facsimile: (854) 760-4421
E-mail:  bazimetlaw@aol.com
Attorneys for Defendant Steven Stoll

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to the following counsel of record or pro se parties identified in the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 27th day of January, 2011.

s/ Michael S. Pasano

Case No. 10-60194-CR-COHN/SELTZER

# SERVICE LIST
## United States v. Guaracino, et al.
## Case No. 10-60194-CR-COHN/SELTZER
## United States District Court
## Southern District of Florida

| | |
|---|---|
| Jeffrey Howard Kay, Esq.<br>Jeffrey.kay@usdoj.gov<br>United States Attorney's Office<br>500 East Broward Boulevard, 7th Floor<br>Fort Lauderdale, Florida 33301-3002<br>(954) 356-7255 x3593<br>(954) 356-7336 (fax)<br>**Attorney for Plaintiff**<br>**United States of America**<br>**Via Electronic Court Filing** | Laurie E. Rucoba, Esq.<br>laurie.rucoba@usdoj.gov<br>United States Attorney's Office<br>500 East Broward Boulevard, 7th Floor<br>Fort Lauderdale, Florida 33301-3002<br>(954) 356-7255 x3613<br>(954) 356-7336 (fax)<br>**Attorney for Plaintiff**<br>**United States of America**<br>**Via Electronic Court Filing** |
| Michael Patrick Sullivan, Esq.<br>Pat.sullivan@usdoj.gov<br>99 Northeast 4th Street<br>Miami, Florida 33132<br>(305) 961-9274<br>(305) 536-4675 (fax)<br>**Attorney for Plaintiff**<br>**United States of America**<br>**Via Electronic Court Filing** | Michael Dennis Walsh, Esq.<br>mdwalsh@bellsouth.net<br>46 Northeast 6th Street<br>Miami, Florida 33132<br>(305) 444-7700<br>(305) 441-1423 (fax)<br>**Attorney for Defendant**<br>**Joseph Guaracino**<br>**Via Electronic Court Filing** |
| Jordan M. Lewin, Esq.<br>Lewinlaw@gmail.com<br>Downtown Legal Center<br>46 Northeast 6th Street, Suite 104<br>Miami, Florida 33132<br>(305) 577-8525<br>(305) 441-1423 (fax)<br>**Attorney for Defendant**<br>**Dennis Guaracino, Jr.**<br>**Via Electronic Court Filing** | Howard Leslie Greitzer, Esq.<br>hgreitzer@lyonssanders.com<br>Lyons & Sanders<br>1301 East Broward Blvd, Suite 220<br>Fort Lauderdale, Florida 33301<br>(954) 467-8700<br>(954) 763-4856 (fax)<br>**Attorney for Defendant**<br>**Matthew Gulla**<br>**Via Electronic Court Filing** |
| Anthony M. Livoti, Esq.<br>amlpa@bellsouth.net<br>721 Northeast 3rd Avenue<br>Fort Lauderdale, Florida 33304<br>(954) 463-3777<br>(954) 463-3792 (fax)<br>**Attorney for Defendant**<br>**Joseph Lagrasta** | Deric Zacca, Esq.<br>dericzacca@dczlaw.com<br>Cabrera & Zacca, LLP<br>Monarch Professional Centre<br>12781 Miramar Pkwy, Suite 303<br>Miramar, Florida 33027-2908<br>(954) 450-4848<br>(954) 450-4204 (fax) |

4

Case No. 10-60194-CR-COHN/SELTZER

**Via Electronic Court Filing**

Michael E. Dutko, Esq.
medtko@aol.com
Bogenschutz, Dutko & Kroll, PA
600 South Andrews Avenue
Suite 500
Fort Lauderdale, Florida 33301
(954) 764-2500
(954) 764-5040 (fax)
**Attorney for Defendant**
**Daryl Radziwon**
**Via Electronic Court Filing**

Alan Randall Haas, Esq.
arandallhaas@yahoo.com
633 S.E. 3rd Avenue, Suite 4-F
Fort Lauderdale, Florida 33301
(954) 763-9211
(954) 463-1245 (fax)
**Attorney for Defendant**
**Jacqueline Trumbore**
**Via Electronic Court Filing**

**Attorney for Defendant**
**Casey Mittauer**
**Via Electronic Court Filing**

Fred Haddad, Esq.
Dee@FredHaddadLaw.com
1 Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
(954) 467-6767
(954) 467-3599 (fax)
**Attorney for Defendant**
**Rene Rodriguez, Jr.**
**Via Electronic Court Filing**

Jayne Claire Weintraub, Esq.
jweintraub@saleweintraub.com
Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 374-1818
(305) 379-0069 (fax)
**Attorney for Defendant**
**Robert Depriest**
**Via Electronic Court Filing**

Steven M. Potolsky, Esq.
100 SE Second Street #3550
Miami, FL. 33131
Tel. (305) 530-8090
Fax (305) 358-5917
stevepo@bellsouth.net
**Co-Counsel for Defendant DePriest**
**Via Electronic Court**
**FIling**

Case No. 10-60194-CR-COHN/SELTZER

| | |
|---|---|
| Steven Hunter Kassner, Esq.<br>kassners@bellsouth.net<br>4000 Ponce de Leon<br>Suite 470<br>Coral Gables, Florida 33146<br>(305) 740-5405<br>(305) 278-7795 (fax)<br>**Attorney for Defendant**<br>**Joseph Derosa**<br>**Via Electronic Court Filing** | David William Macey, Esq.<br>dm@davidmacey.com<br>David W. Macey, P.A.<br>2699 South Bayshore Drive, 7th Floor<br>Coconut Grove, Florida 33133<br>(305) 860-2562<br>(305) 675-5841 (fax)<br>**Attorney for Defendant**<br>**Joseph Derosa**<br>**Via Electronic Court Filing** |
| Bradford M. Cohen, Esq.<br>lawronin@aol.com<br>Bradford Cohen Law<br>1132 Southeast 3rd Avenue<br>Fort Lauderdale, Florida 33316<br>(954) 523-7774<br>(954) 523-2656 (fax)<br>**Attorney for Defendant**<br>**John Velez**<br>**Via Electronic Court Filing** | Martin Alan Feigenbaum<br>miamivicelaw@aol.com<br>P.O. Box 545960<br>Surfside, Florida 33154<br>(305) 866-8334<br>(305) 866-8335<br>**Attorney for Defendant**<br>**Steven Orchard**<br>**Via Electronic Court Filing** |

C a r l t o n  F i e l d s, P. A .
Miami Tower - 100 Southeast Second Street, Suite 4200 - Miami - Florida  33131-2114 - 305.530.0050