UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

JOSEPH GUARACINO, et al.,

    Defendants.

_____/

### ORDER RE: GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE REFERENCES TO ACCUSATIONS OF UNRELATED LENDER MALFEASANCE

**THIS CAUSE** is before the Court on the Government's Motion in Limine to Preclude References to Accusations of Unrelated Lender Malfeasance [DE 744]. The Court has considered the motion, Mr. Stoll's response [DE 833], the Government's reply [DE 866], and is otherwise advised in the premises.

The Government seeks to exclude all evidence and argument relating to accusations of unrelated incidents of malfeasance by lending institutions. Mr. Stoll maintains that such evidence is relevant to his good faith and lack of intent to defraud. Evidence that lenders in this case authorized and encouraged applicants to put false information in loan applications would certainly bear on a defendant borrower's good faith and intent to defraud. Thus, such evidence would clearly be admissible. However, evidence of unrelated investigations of lawsuits against or accusations of misconduct against mortgage lending institutions would not be admissible. Regulatory authority findings concerning underwriting violations would also not be admissible. Federal Trade Commission investigation of racial discrimination relating to Homecoming's

brokers, Department of Justice investigation of alleged violations of the Servicemember Civil Relief Act, and a class-action lawsuit filed against Homecoming regarding late fees would not be admissible.

Based on the foregoing, it is

**ORDERED AND ADJUDGED** that the Government's Motion in Limine to Preclude References to Accusations of Unrelated Lender Malfeasance [DE 744] is **GRANTED**. The parties are **PRECLUDED** from offering evidence and/or argument regarding all <u>unrelated</u> incidents of alleged malfeasance by lending institutions. Evidence of encouragement or solicitation, related to loans in this case, by lenders of false information to be included in loan applications and HUD-1 Forms, if known to Defendants, is **ADMISSIBLE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 22nd day of February, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF