UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

JOHN VELEZ,

      Defendant.
_____/

### ORDER DENYING VELEZ'S MOTION TO DISMISS JUDGMENT FOR VIOLATION OF THE FOREIGN SOVEREIGN IMMUNITIES ACT OF 1976

**THIS CAUSE** is before the Court on Defendant John Velez's Motion to Dismiss Judgment for Violation of the Foreign Sovereign Immunities Act of 1967 [DE 1696]. The Court has considered the motion, the Government's response [DE 1697], Mr. Velez's reply [DE 1699], and is otherwise advised in the premises.

Since Mr. Velez has filed a notice of appeal, this Court lacks jurisdiction to adjudicate his motion. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant John Velez's Motion to Dismiss Judgment for Violation of the Foreign Sovereign Immunities Act of 1967 [DE 1696] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of February, 2012.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties via regular CM/ECF mail